LAW OFFICES OF DOUGLAS J. CAMPION, APC
Douglas J. Campion (SBN 75381)
17150 Via Del Campo, Suite 100
San Diego, CA 92127
doug@djcampion.com
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA Y. SOUSA,  on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>BIG BLOCK REALTY, INC., LUISAVALOS, CALI BEAR HOMES,<br><br>                    Defendants. | Case No. 3:18-cv-02015-JLS-NLS<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT** |

          Plaintiff hereby advises the Court that the Parties have reached a tentative settlement of this action on an individual basis.  The Parties contemplate finalizing a settlement agreement shortly and filing a dismissal of the action within 30 days.


          Dated:    Dec. 6, 2018          *s/ Douglas J. Campion*
                                          Douglas J. Campion
                                          Attorney for Plaintiff

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2018, I electronically filed the following document(s) with the Clerk of the Court for the Southern District of California by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

1.      **NOTICE OF SETTLEMENT**

Date: December 6, 2018        By: s/ *Douglas J. Campion*
                              LAW OFFICES OF DOUGLAS J. CAMPION,
                              APC
                              17150 Via Del Campo, Suite 100
                              San Diego, CA 92127

Sousa v. Big Block Realty, Inc.                    Case No. 3:18-cv-JLS-NLS
Notice of Settlement