LAW OFFICES OF DOUGLAS J. CAMPION, APC
Douglas J. Campion (SBN 75381)
17150 Via Del Campo, Suite 100
San Diego, CA 92127
doug@djcampion.com
Telephone: (619) 299-2091
Facsimile: (619) 858-0034
*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARLA Y. SOUSA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG BLOCK REALTY, INC., LUIS AVALOS, CALI BEAR HOMES,<br><br>Defendants. | Case No. 3:18-cv-02015-JLS-NLS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF INDIVIDUAL CLAIMS**<br>**[FED. R. CIV. P. 41(a)(1)(A)]** |

Whereas Big Block Realty, Inc., Luis Avalos and Cali Bear Homes, Defendants, and Plaintiff Karla Y. Sousa, have agreed to resolve Plaintiff's Complaint in the matter docketed as Case No. 3:18-cv-02015-JLS-NLS in the United States District Court for the Southern District of California;

---

Notice of Voluntary Dismissal                                CASE NO. 3:18-CV-02015-JLS-NLS

Whereas, under Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party;

Whereas ECPI has served neither an answer nor a motion for summary judgment;

THEREFORE Plaintiff hereby notices the voluntary dismissal of her action, with prejudice, as to her individual claims, and without prejudice, as to any class claims.

Dated:  January 24, 2019

By: */s/ Douglas J. Campion*
Douglas J. Campion

LAW OFFICES OF DOUGLAS J. CAMPION, APC
17150 Via Del Campo, Suite 100
San Diego, CA 92127

*Attorneys for Plaintiff*

Notice of Voluntary Dismissal       - 1 -       CASE NO. 3:18-CV-02015-JLS-NLS

# CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2019, I electronically filed the following document(s) with the Clerk of the Court for the Southern District of California by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

1. **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF INDIVIDUAL CLAIMS**

Date: January 24, 2019          By: s/ *Douglas J. Campion*
                                LAW OFFICES OF DOUGLAS J. CAMPION, APC
                                17150 Via Del Campo, Suite 100
                                San Diego, CA 92127